UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61658-CIV-LENARD/WHITE
(RELATED CRIMINAL CASE: 07-60038-CR-LENARD)

**EDWARD EASTON**,

        Movant,

vs.

**UNITED STATES OF AMERICA,**

        Respondent.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (D.E. 13); DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE 28 U.S.C. § 2255 (D.E. 1); AND DISMISSING CASE**

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 13), issued on June 4, 2008. In his Report, Magistrate Judge White thoroughly addresses Movant Edward Easton's six claims in his Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 ("Motion," D.E. 1), and recommends that the Court deny the Motion.

On or about June 30, 2008, Movant filed his Objections to the Magistrate's Report ("Objections," D.E. 14). Therein, Petitioner fails to articulate any specific objection to the Report. Instead, he states his intention to "appeal" the Report. In any event, pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Report, the Objections, and the record *de novo*, and finds that, for the reasons laid out by the Magistrate Judge in his Report, it is

hereby:

**ORDERED AND ADJUDGED** that:

1. The Report of Magistrate Judge Patrick A. White (D.E. 13), issued on June 4, 2008 is **ADOPTED**.

2. The Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (D.E. 1) filed November 15, 2007, is **DENIED**.

3. This case is **CLOSED.**

4. All pending motions not otherwise ruled upon are hereby **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 7th day of July, 2008.

*[signature]*

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

cc:   U.S. Magistrate Patrick A. White
      Edward Easton, <u>pro se</u>
      Counsel of Record